920

Commonwealth *v.* Wagner, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *David A. Dickey,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Williams, Appellant.

Submitted March 15, 1971. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Arthur Makadon* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.